EXHIBIT E

| File Name | Timestamp Date/Time - UTC-06:00 | Source |
|---|---|---|
| ADM Clinton WWTP TLM Inventory Auto Report  20200127 (1).pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| ADM Clinton WWTP TLM Inventory Auto Report  20200127 (1).pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Payslip 7.1.20 - 7.15.20.PNG | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Payslip 7.1.20 - 7.15.20.PNG | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Renter Payback Agreement.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Renter Payback Agreement.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| FBMN CapEx Inventory.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| FBMN CapEx Inventory.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Payslip 7.16.20 - 7.31.20.PNG | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| 2019 PPD Prework workbook - Grailer.pptx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Payslip 7.16.20 - 7.31.20.PNG | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| 2019 PPD Prework workbook - Grailer.pptx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| 2020 Service Schedule.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| 2020 Service Schedule.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| TCO Form - 2020 Ecolab - Clinton Cogen RO Permeate Blend - CT MU.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| TCO Form - 2020 Ecolab - Clinton Cogen RO Permeate Blend - CT MU.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Jessica Grailer (Pay Plan).pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Jessica Grailer (Pay Plan).pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| chs inventory.jpg | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| chs inventory.jpg | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Opens in a new tabSaleSave this item to your listQuickviewSave this item to your listKerry 31" Wide Genuine Leather Tufted R.url | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Opens in a new tabSaleSave this item to your listQuickviewSave this item to your listKerry 31" Wide Genuine Leather Tufted R.url | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| TCO Form - 2020 Ecolab - Clinton Cogen RO Blend to CT MU.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| TCO Form - 2020 Ecolab - Clinton Cogen RO Blend to CT MU.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Westin hotel chicago sept 2022.PNG | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Westin hotel chicago sept 2022.PNG | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| CHS Slides - GOBS 2020.pptx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| CHS Slides - GOBS 2020.pptx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| steel toes.jpeg | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| steel toes.jpeg | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Madison Territory Grailer.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Madison Territory Grailer.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| adkins lunch.jpeg | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| adkins lunch.jpeg | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| CR VS MAD.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| CR VS MAD.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| WL143_07_ACE ETHANOL_500095058_815 W MAPLE ST_STANLEY_WI.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| WL143_07_ACE ETHANOL_500095058_815 W MAPLE ST_STANLEY_WI.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| NA Product Compendium - FB MN TR 2019.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| WL143_07_BIG RIVER UNITED ENERGY LLC_500077016_3294 VINE RD_DYERSVILLE_IA.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| WL143_07_BIG RIVER UNITED ENERGY LLC_500077016_3294 VINE RD_DYERSVILLE_IA.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| walgreens order.docx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| NA Product Compendium - FB MN TR 2019.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| walgreens order.docx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| WL143.zip | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| WL143.zip | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| PAC1 Best Practices.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| PAC1 Best Practices.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Boiler Calcs HP Steam direct to boiler.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Boiler Calcs HP Steam direct to boiler.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| event-id-524505424.mark | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| event-id-524505793.mark | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| event-id-524505793.mark | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| IRE February 2020 .docx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| IRE February 2020 .docx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Condensate Corrosion TCO Calculator.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Condensate Corrosion TCO Calculator.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| IRE February 2020 2.docx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| IRE February 2020 2.docx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| ADM Clinton Cogen condensate polisher log.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| ADM Clinton Cogen condensate polisher log.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Troubleshooting guide example.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Troubleshooting guide example.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| IRE January 2020 2.docx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| IRE January 2020 2.docx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| IRE January 2020 2.docx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |

| File Name | Timestamp | Path |
|---|---|---|
| Lottery payout calculator.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Lottery payout calculator.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| IRE January 2020.docx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| IRE January 2020.docx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Pay Plan Comparison.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Pay Plan Comparison.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Nalco CC Payment Slip.doc | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Nalco CC Payment Slip.doc | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Sales Service Marketing Employment Agreement.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| AuthoRelease1115-REV_fillable No Highlight.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Sales Service Marketing Employment Agreement.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| AuthoRelease1115-REV_fillable No Highlight.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| pay plan.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| pay plan.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| ADM Clinton WWTP TLM Inventory Auto Report_20200129.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| ADM Clinton WWTP TLM Inventory Auto Report_20200129.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| BSE golf 2022.jpg | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| BSE golf 2022.jpg | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| 3DT337&325-CL new W.S-ProgramOptimization-US-20220525T014609.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| 3DT337&325-CL new W.S-ProgramOptimization-US-20220525T014609.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Grailer Accounts 2022.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Grailer Accounts 2022.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| EZ Guide - Where to go for What - Feb 2022.pptx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| EZ Guide - Where to go for What - Feb 2022.pptx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| C8F375B2-E5B9-4AA0-BEFF-954B39945490qwerty.bak | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| C8F375B2-E5B9-4AA0-BEFF-954B39945490qwerty.bak | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| B62E4989-07E9-4DD7-A64C-260FD8B14D08qwerty.bak | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| B62E4989-07E9-4DD7-A64C-260FD8B14D08qwerty.bak | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Badger golf outing.PNG | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Badger golf outing.PNG | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Badger golf invoice.PNG | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Badger golf invoice.PNG | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Badger Golf.png | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Badger Golf.png | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Wendys Cogen Receipt 2021.jpg | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Wendys Cogen Receipt 2021.jpg | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Chemtreat.Kurita 2021 Sales Blitz.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Chemtreat.Kurita 2021 Sales Blitz.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Jessica Grailer Resume.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Jessica Grailer Resume.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Safety Moment Grailer October 2021.pptx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Safety Moment Grailer October 2021.pptx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Jessica Grailer Resume.docx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Jessica Grailer Resume.docx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| MTR August 2021 Grailer.pptx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| c19b1176-a415-4ba1-997d-c5536d9c62c0.zip | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| MTR August 2021 Grailer.pptx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| 7391f34f-0fa1-441e-a523-3789cd47bdbd.json | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Host-Diagnostics.log | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Host-Diagnostics.log | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Host-Diagnostics.log | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Host-Diagnostics.log | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Host-Diagnostics.log | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Host-Diagnostics.log | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Badger State Golf Outing 2021.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Badger State Golf Outing 2021.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Nalco Water  Price Letter Effective 08-01-21f.docx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Nalco Water  Price Letter Effective 08-01-21f.docx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| District Meeting April 2021.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| District Meeting April 2021.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Copy of Light NA Price Tool_4.1.2021 Revision.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Copy of Light NA Price Tool_4.1.2021 Revision.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Test Supply Order 4.1.2021.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Test Supply Order 4.1.2021.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| 2019 Field Services Pricing Catalog_061419.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| 2019 Field Services Pricing Catalog_061419.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |

| File Name | Timestamp | Location |
|---|---|---|
| 3DT487 SDS.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| 3DT487 SDS.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| 3DT184 SDS.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| 3DT184 SDS.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| 3DT133 SDS.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| 3DT133 SDS.pdf | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Acrylic Acid Inventory Tracking.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Acrylic Acid Inventory Tracking.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| POET Resume - Grailer.docx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| POET Resume - Grailer.docx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Product Stewardship Request Form - GRAS 8976 Big River Resources.docx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Product Stewardship Request Form - GRAS 8976 Big River Resources.docx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| PO requirements.docx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| PO requirements.docx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Jaime School Table.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Jaime School Table.xlsx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Success Story - Corrosion Inhibitor_Jessica and Josh.pptx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Success Story - Corrosion Inhibitor_Jessica and Josh.pptx | 1/8/2023 7:20:38 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| alliant bill madison.pdf | 1/8/2023 7:20:39 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| alliant bill madison.pdf | 1/8/2023 7:20:39 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Yellow Pages Deactivation List-Full List for Posting 2020 .xlsx | 1/8/2023 7:20:39 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Yellow Pages Deactivation List-Full List for Posting 2020 .xlsx | 1/8/2023 7:20:39 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Yellow Pages Deactivation List 2020.pdf | 1/8/2023 7:20:39 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Yellow Pages Deactivation List 2020.pdf | 1/8/2023 7:20:39 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| RE_ Approval to amend Marquis BA.msg | 1/8/2023 7:20:39 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| RE_ Approval to amend Marquis BA.msg | 1/8/2023 7:20:39 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Aspen Hill application.pdf | 1/8/2023 7:20:39 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Aspen Hill application.pdf | 1/8/2023 7:20:39 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Chemtreat.Kurita 2021 Sales Blitz.xlsx | 1/8/2023 8:48:02 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |
| Chemtreat.Kurita 2021 Sales Blitz.xlsx | 1/8/2023 8:48:02 PM | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\$Extend\$UsnJrnl:$J |