EXHIBIT F

| Filename | File System Last Accessed Date/Time - UTC-06:00 (M/d/yyyy)[DST] | MD5 Hash | Source |
|---|---|---|---|
| Water Log No.07 steam purity sampling.pdf | 1/8/2023 8:56:32 PM | 2f054cadfbba71eabed1f3b8bdd6e667 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\Water Log No.07 steam purity sampling.pdf |