EXHIBIT G

| Filename | File System Last Accessed Date/Time - UTC-06:00 (M/d/yyyy)[DST] | MD5 Hash | Source |
|---|---|---|---|
| Marquis Operator Training Log.xlsx | 1/8/2023 8:16:17 PM | 75c18a67db95e3080fcf707f32f81030 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Beranek, Aaron - Marquis - Necedah\Marquis Operator Training Log.xlsx |
| ADM Discharge Submittal BioProducts.xlsx | 1/8/2023 7:33:25 PM | c186e6ba40532a015c2343eefc8f5376 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\ADM Discharge Submittal BioProducts.xlsx |
| BLANK TCO Form - 2020 Ecolab.xlsx | 1/8/2023 7:33:25 PM | 1799609e6e68747510e30b94c03d03c2 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\BLANK TCO Form - 2020 Ecolab.xlsx |
| Clinton CTs.xlsx | 1/8/2023 7:33:25 PM | eebecc9fc6c1493e725fb63f5bd75c98 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Clinton CTs.xlsx |
| Discharge permiting 2021.xlsx | 1/8/2023 7:33:24 PM | 5f598d79051a092aaee09ae748f0252d | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Discharge permiting 2021.xlsx |
| tentative Schedules.xlsx | 1/8/2023 7:33:24 PM | 7880764b984b6e7714f6f0476d8cc563 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\tentative Schedules.xlsx |
| Tier II - 2021.xlsx | 1/8/2023 7:33:24 PM | 468d0497597fded665d9f4166e7e3724 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Tier II - 2021.xlsx |
| 2020 Service Schedule.xlsx | 1/8/2023 8:48:02 PM | 5b82ac2f9f7c35bdf90c203a0e4437f1 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\2020 Service Schedule.xlsx |
| Acrylic Acid Inventory Tracking.xlsx | 1/8/2023 8:48:02 PM | 0b836b78e0e07780f606a8f66cd9aa07 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\Acrylic Acid Inventory Tracking.xlsx |
| CR VS MAD.xlsx | 1/8/2023 8:48:26 PM | 026a0a5ab1a408c78aee7938fc4a21ab | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\CR VS MAD.xlsx |
| District Meeting April 2021.xlsx | 1/8/2023 8:48:29 PM | 9e2208f390f759713e3c4d420ef08f04 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\District Meeting April 2021.xlsx |
| FBMN CapEx Inventory.xlsx | 1/8/2023 8:48:29 PM | b88f7b51d3b50e1f72a0690bcafaadcb | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\FBMN CapEx Inventory.xlsx |
| Jaime School Table.xlsx | 1/8/2023 8:48:30 PM | 08243530e0ee4fc248ccb9a9a8afcc90 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\Jaime School Table.xlsx |
| Madison Territory Grailer.xlsx | 1/8/2023 8:48:29 PM | aeda430d40c76de8a8945395b307e46b | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\Madison Territory Grailer.xlsx |
| Test Supply Order 4.1.2021.xlsx | 1/8/2023 8:53:20 PM | 15eec2489827f350a6eeb44cc961211b | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\Test Supply Order 4.1.2021.xlsx |
| WL143_07_ACE ETHANOL_500095058_815 W MAPLE ST_STANLEY_WI.xlsx | 1/8/2023 8:53:20 PM | a437ac6ca3f667f2b72a76e03f92a948 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\WL143_07_ACE ETHANOL_500095058_815 W MAPLE ST_STANLEY_WI.xlsx |
| WL143_07_BIG RIVER UNITED ENERGY LLC_500077016_3294 VINE RD_DYERSVILLE_IA.xlsx | 1/8/2023 8:53:19 PM | be8e864cf428505e4baae6017dc3dd02 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\WL143_07_BIG RIVER UNITED ENERGY LLC_500077016_3294 VINE RD_DYERSVILLE_IA.xlsx |
| Yellow Pages Deactivation List-Full List for Posting 2020 .xlsx | 1/8/2023 8:53:19 PM | a47d9d7b424d2783563a50b7617a23db | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\Yellow Pages Deactivation List-Full List for Posting 2020 .xlsx |

| File Name | Date | Hash | Path |
|---|---|---|---|
| 2015 Target Accounts  WL147 (4).xlsx | 1/8/2023 8:01:46 PM | 45faf359b51999031bf3a43cb48a3372 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\2015 Target Accounts  WL147 (4).xlsx |
| 2015 Naperville Analytical Test and Price List.xlsx | 1/8/2023 8:01:46 PM | 465a0103492f7ffcdf838c22a7fa64b0 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\2015 Naperville Analytical Test and Price List.xlsx |
| 3DT for Boiler Sales and Implementation Support Process - Copy.xlsx | 1/8/2023 8:01:46 PM | fe58a0a36eaa9c179f720528c58b83c6 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\3DT for Boiler Sales and Implementation Support Process - Copy.xlsx |
| 3DT for Boiler Sales and Implementation Support Process.xlsx | 1/8/2023 8:01:46 PM | fe58a0a36eaa9c179f720528c58b83c6 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\3DT for Boiler Sales and Implementation Support Process.xlsx |
| 2016 Naperville Analytical Test and Price List.xlsx | 1/8/2023 8:01:46 PM | 0cfc4de78dd8647d53f7a3452c64b7c4 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\2016 Naperville Analytical Test and Price List.xlsx |
| 2018 Naperville Analytical Test and Price List (1).xlsx | 1/8/2023 8:01:45 PM | e92e2c4b0734c1d313800125f1e108e7 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\2018 Naperville Analytical Test and Price List (1).xlsx |
| 3DTfB responsibility matrix - Copy.xlsx | 1/8/2023 8:01:46 PM | 3e6339a7971558e41794ca352f78917a | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\3DTfB responsibility matrix - Copy.xlsx |
| 3DTfB responsibility matrix.xlsx | 1/8/2023 8:01:46 PM | 3e6339a7971558e41794ca352f78917a | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\3DTfB responsibility matrix.xlsx |
| November 2022 EOM Corrosion Inhibitor Testing.xlsx | 1/8/2023 8:16:17 PM | 07e65dcc2ecded3a19055d12bd4cacdf | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Beranek, Aaron - Marquis - Necedah\Fuel Additive Reports\November 2022 EOM Corrosion Inhibitor Testing.xlsx |
| October 2022 EOM Corrosion Inhibitor Testing.xlsx | 1/8/2023 8:16:17 PM | a49190fc29ade0a2355d860eee92534c | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Beranek, Aaron - Marquis - Necedah\Fuel Additive Reports\October 2022 EOM Corrosion Inhibitor Testing.xlsx |
| September 2022 EOM Corrosion Inhibitor Testing.xlsx | 1/8/2023 8:16:17 PM | a2507b9d6d20805407f3ac9ad2296187 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Beranek, Aaron - Marquis - Necedah\Fuel Additive Reports\September 2022 EOM Corrosion Inhibitor Testing.xlsx |
| ADM Clinton KPI Inventory Sheet.xlsx | 1/8/2023 9:04:11 PM | ca79cdccd055085f98e1facbf1c5ea1b | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Galliart, Joshua - ADM\ADM KPI Report\ADM Clinton KPI Inventory Sheet.xlsx |
| TAP - BRR water treatment.xls | 1/8/2023 8:16:17 PM | 6f26469a6a007537fac7ec36aeaf9f7c | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Galliart, Joshua - WL 147 Target Accounts\TAP Plans\TAP - BRR water treatment.xls |
| 320 Loop chemical dosage calcs.xlsx | 1/8/2023 7:33:30 PM | 1ffccce0bad0c9131f98fd491ed33b23 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Bioprocessing\320 Loop chemical dosage calcs.xlsx |
| ADM Discharge Submittal BioProducts.xlsx | 1/8/2023 7:33:30 PM | d9d63f4b152298929fc425a766a43859 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Bioprocessing\ADM Discharge Submittal BioProducts.xlsx |
| Tank Capacity Charts.xls | 1/8/2023 9:04:09 PM | 88f6b5bf9225ec72a0b892e18fc3232e | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Cogen\Tank Capacity Charts.xls |

| File Name | Date | Hash | Path |
|---|---|---|---|
| REG AL Iron Filter Parts QUOTE Nov 2022.xlsx | 1/8/2023 8:16:17 PM | 8518fe395489342cc13621e34f33797b | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\REG - Albert Lea, MN - REG\quote\REG AL Iron Filter Parts QUOTE Nov 2022.xlsx |
| Vent Rate Calc - Orifice Sizing.xlsx | 1/8/2023 8:16:17 PM | 4b8e4c519a6aade29275dc3f1c7db25a | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Taverna, Andrew - ADM 500072855\2022\Vent Rate Calc - Orifice Sizing.xlsx |
| 2017 Naperville Analytical Test and Price List.xlsx | 1/8/2023 8:56:33 PM | f779e06db46d89b5286382c09d7fd6a1 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\2017 Naperville Analytical Test and Price List.xlsx |
| 2019 Sales Call log.xlsx | 1/8/2023 8:55:20 PM | 0312476039e46449e485dca092ec7d0c | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\2019 Sales Call log.xlsx |
| 2017 NET WEIGHT and DENSITY MASTER EXTRACT.XLSX | 1/8/2023 8:56:34 PM | 0660397cadcf6eff539f1c9b226a79e7 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\2017 NET WEIGHT and DENSITY MASTER EXTRACT.XLSX |
| Account Transition.xlsx | 1/8/2023 8:56:32 PM | 99260a821b5867ae83dfae8fd96bd063 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\Account Transition.xlsx |
| Analytical Testing Procedure.xlsx | 1/8/2023 8:56:31 PM | dcf4923208e41844109d8ee027f60cd3 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\Analytical Testing Procedure.xlsx |
| Copy of My Teams Open Opportunities 6-10-2019 12-55-49 PM.xlsx | 1/8/2023 8:56:29 PM | 6a62a0bdc87d348c4a30cf885c1658c6 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\Copy of My Teams Open Opportunities 6-10-2019 12-55-49 PM.xlsx |
| Dean - transfer accounts 2018.xlsx | 1/8/2023 8:56:33 PM | 67e39b67dbbf831e224d4410e6a79226 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\Dean - transfer accounts 2018.xlsx |
| Form 809 Grailer.xlsx | 1/8/2023 8:56:31 PM | 649a7d049435d37f3769926da0110fd2 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\Form 809 Grailer.xlsx |
| FB-MN ship-tos without order 60 days (004).xlsx | 1/8/2023 8:56:34 PM | 30247b39a3e448346d59fc50519db7bb | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\FB-MN ship-tos without order 60 days (004).xlsx |
| Grailer - $304K plan 2018.xlsx | 1/8/2023 8:56:32 PM | 4fc10bd49bfd46422d097b7c3a82539e | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\Grailer - $304K plan 2018.xlsx |
| Government Indices 4-2018.xlsx | 1/8/2023 8:56:32 PM | 863dfc94cd8a5b8ebc86241fbfd34c22 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\Government Indices 4-2018.xlsx |
| Grailer 2017 Vacation Tracking- WL147.xlsx | 1/8/2023 8:56:33 PM | 771530945a0efb27d740a7f79d2ce71b | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\Grailer 2017 Vacation Tracking- WL147.xlsx |
| Grailer 2018 Vacation.xlsx | 1/8/2023 8:56:31 PM | c3f8ed03c5a56cc4b1051e956d186441 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\Grailer 2018 Vacation.xlsx |
| Green Bay Crivitz Track Rehab.xlsx | 1/8/2023 8:55:20 PM | a9498eb35042e40b694b7f0c237d759b | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\Green Bay Crivitz Track Rehab.xlsx |
| Jacket Size Form - Grailer.xlsx | 1/8/2023 8:56:31 PM | e656612b3ae0ff296cfa7c3ba63ed034 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\Jacket Size Form - Grailer.xlsx |
| jess prospects and opportunities.xlsx | 1/8/2023 8:55:20 PM | 306675d2f5199f1440b045300eb9a0c7 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\jess prospects and opportunities.xlsx |
| justin school and monthly expenses.xlsx | 1/8/2023 8:56:33 PM | fec05571926157d920b9228f45a13b5d | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\justin school and monthly expenses.xlsx |

| File | Date/Time | Hash | Path |
|---|---|---|---|
| money motivation.xlsx | 1/8/2023 8:56:33 PM | 883794491cc239c0434ad42e18dd3e43 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\money motivation.xlsx |
| NA Biocide Product Guide.xlsx | 1/8/2023 8:55:20 PM | db5f6b8f6b48f604721043d0b4424cb7 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\NA Biocide Product Guide.xlsx |
| North Central 2019 Opportunity Tracker.xlsx | 1/8/2023 8:56:29 PM | 7b4e3eb0db6976cc856fb8c50b2d7e0b | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\North Central 2019 Opportunity Tracker.xlsx |
| opportunities.xlsx | 1/8/2023 8:55:20 PM | d43699d8f24252243a91b7300452dfe9 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\opportunities.xlsx |
| PC-1611T FB YTD 2019 Contacts.xlsx | 1/8/2023 8:55:25 PM | ef4cd3d3378e18626881286e447d8037 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\PC-1611T FB YTD 2019 Contacts.xlsx |
| Prominent Nalco Standard Products  Spares  Oct  2019 (002).xlsx | 1/8/2023 8:55:20 PM | 45c63d844cb245f8a63cbf00de89145b | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\Prominent Nalco Standard Products_Spares_Oct_2019 (002).xlsx |
| prot recipe.xlsx | 1/8/2023 8:56:33 PM | b1914d90787d4c89fb38c9fb460d6feb | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\prot recipe.xlsx |
| Q3 2018 ABRs Due updated 8.20.18.xlsx | 1/8/2023 8:56:32 PM | ac8207468dc79218d222c064ab1e7658 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\Q3 2018 ABRs Due updated 8.20.18.xlsx |
| Test kit re-order.xlsx | 1/8/2023 8:55:20 PM | 7e94052fa5b6f09cfa0989b8f8ebfa6e | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\Test kit re-order.xlsx |
| Vacation Tracker 2019 Grailer.xlsx | 1/8/2023 8:55:20 PM | df7bba3b8f64185596a566869f1ccce2 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\Vacation Tracker 2019 Grailer.xlsx |
| wl147soldtoshipto12918.xlsx | 1/8/2023 8:56:32 PM | 4c10d931684be010d3dd913b85083b96 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\wl147soldtoshipto12918.xlsx |
| WL147CUSTOMER INFORMATION SHEETUPDATED2119.xlsx | 1/8/2023 8:55:20 PM | 19b5c0332bb4b9cd6da1c4becadbeef3 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Desktop\desktop\WL147CUSTOMER INFORMATION SHEETUPDATED2119.xlsx |
| Marquis Surface Swab LOG.xlsx | 1/8/2023 8:16:17 PM | 29a3b1337736930eb95667ec8a09148b | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Beranek, Aaron - Marquis - Necedah\Anaylsis\Bio Swab\Marquis Surface Swab LOG.xlsx |
| Marquis corrosion summary and trends.xlsx | 1/8/2023 8:16:17 PM | f336d132ea667b41664a9f0cae6bf159 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Beranek, Aaron - Marquis - Necedah\Anaylsis\Coupons\Marquis corrosion summary and trends.xlsx |
| marquis UNO report 10.18.2022.xlsx | 1/8/2023 8:16:17 PM | 2e2b29b1ff51b5450284c1478552c6e5 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Beranek, Aaron - Marquis - Necedah\RO CIP\10.18.2022\marquis UNO report 10.18.2022.xlsx |
| Raw edata.xlsx | 1/8/2023 8:16:17 PM | 8cc709ab5378d16282f6fb2a7ed8e8b4 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Beranek, Aaron - Marquis - Necedah\RO CIP\10.18.2022\Raw edata.xlsx |
| Marquis RO raw data 10.19 thru 11.1.xlsx | 1/8/2023 8:16:17 PM | eeb8cb95b1280311398558a65d5b9471 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Beranek, Aaron - Marquis - Necedah\RO CIP\11.1.2022\Marquis RO raw data 10.19 thru 11.1.xlsx |
| Marquis UNO Report 11.1.2022.xlsx | 1/8/2023 8:16:17 PM | 8a55606008e4feed016cac1643cf6c08 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Beranek, Aaron - Marquis - Necedah\RO CIP\11.1.2022\Marquis UNO Report 11.1.2022.xlsx |

| | | | |
|---|---|---|---|
| UNO Data June thru 11.1.2022.xlsx | 1/8/2023 8:16:17 PM | f9b888a342f0c5b97f7479f6750a765c | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Beranek, Aaron - Marquis - Necedah\RO CIP\11.1.2022\UNO Data June thru 11.1.2022.xlsx |
| Marquis UNO report 11.16.2022.xlsx | 1/8/2023 8:16:17 PM | d8707aa86fcc9201472efa7410c3e9e3 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Beranek, Aaron - Marquis - Necedah\RO CIP\11.16.2022\Marquis UNO report 11.16.2022.xlsx |
| RO raw data 11.1 thru 11.15.2022.xlsx | 1/8/2023 8:16:17 PM | 4a3739d61df28c10ececadbdc23c2f94 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Beranek, Aaron - Marquis - Necedah\RO CIP\11.16.2022\RO raw data 11.1 thru 11.15.2022.xlsx |
| UNO Data June thru 11.15.2022.xlsx | 1/8/2023 8:16:17 PM | 55a43f386094a2cbcfcc225faa90a62c | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Beranek, Aaron - Marquis - Necedah\RO CIP\11.16.2022\UNO Data June thru 11.15.2022.xlsx |
| RO raw data 11.22.22.xlsx | 1/8/2023 8:16:17 PM | e8937cc621b81fb71372db8ca9bdaf78 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Beranek, Aaron - Marquis - Necedah\RO CIP\11.22.22\RO raw data 11.22.22.xlsx |
| UNO Data June thru 11.21.2022.xlsx | 1/8/2023 8:16:17 PM | d066078f5c8887d75d69be655244f53b | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Beranek, Aaron - Marquis - Necedah\RO CIP\11.22.22\UNO Data June thru 11.21.2022.xlsx |
| RO Raw Data 11.29.22.xlsx | 1/8/2023 8:16:17 PM | 4e0d88a7948eec7a6bf76449d4dc3562 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Beranek, Aaron - Marquis - Necedah\RO CIP\11.29.2022\RO Raw Data 11.29.22.xlsx |
| UNO Data June thru 11.21.2022.xlsx | 1/8/2023 8:16:17 PM | ef91c6ad265bef0e8e282f81ff3a583f | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Beranek, Aaron - Marquis - Necedah\RO CIP\11.29.2022\UNO Data June thru 11.21.2022.xlsx |
| UNO Report 11.29.2022.xlsx | 1/8/2023 8:16:17 PM | c5d0b28c3eff7421df3b6c533488f4fd | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Beranek, Aaron - Marquis - Necedah\RO CIP\11.29.2022\UNO Report 11.29.2022.xlsx |
| UNO Data June thru 12.20.2022.xlsx | 1/8/2023 8:16:17 PM | bf4fa1eaa9fc3997cb47a2cf85b35048 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Beranek, Aaron - Marquis - Necedah\RO CIP\12.20.22\UNO Data June thru 12.20.2022.xlsx |
| UNO report 12.20.2022.xlsx | 1/8/2023 8:16:17 PM | e2ff5f9e7d014187dbb7faf07299e212 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Beranek, Aaron - Marquis - Necedah\RO CIP\12.20.22\UNO report 12.20.2022.xlsx |
| Bleach bromine calculations and charts.xlsx | 1/8/2023 8:16:17 PM | c6fad31f2331556237acceed503e4f65 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Davis, Emily - CHS Rochelle\2019\Cooling tower\Bleach bromine calculations and charts.xlsx |
| Nalco ADM BioP Action Log - Corrosion.xlsx | 1/8/2023 7:34:15 PM | 8a0b1a580ee7e8c3075e87c9345bc9ad | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Bioprocessing\2021\Nalco ADM BioP Action Log - Corrosion.xlsx |
| 3DT398 Pump Calcs.xlsx | 1/8/2023 8:16:17 PM | ca134b6f323f164b9722648dad57402e | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Bioprocessing\2022\3DT398 Pump Calcs.xlsx |
| CL17 Waste Header Testing Nov 2022.xlsx | 1/8/2023 8:16:17 PM | 0e7fa75a146ff32e3608e95d4ab94640 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Cogen\2022\CL17 Waste Header Testing Nov 2022.xlsx |

| | | | |
|---|---|---|---|
| ADM (ADM), ARCHER DANIELS MIDLAND, CLINTON, IA (500070293500070293) - Operator Log - 2022-10-24T140844.340.xlsm | 1/8/2023 8:16:17 PM | 9298a932a69c568daf65ad22b114bf76 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Cogen\Inventory + MDE Files for weekly report\ADM (ADM), ARCHER DANIELS MIDLAND, CLINTON, IA (500070293500070293) - Operator Log - 2022-10-24T140844.340.xlsm |
| ADM (ADM), ARCHER DANIELS MIDLAND, CLINTON, IA (500070293500070293) - Operator Log - 2022-11-14T141731.807.xlsm | 1/8/2023 8:16:17 PM | 5d9c89e371ab3fda8ced69859109916d | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Cogen\Inventory + MDE Files for weekly report\ADM (ADM), ARCHER DANIELS MIDLAND, CLINTON, IA (500070293500070293) - Operator Log - 2022-11-14T141731.807.xlsm |
| ADM (ADM), ARCHER DANIELS MIDLAND, CLINTON, IA (500070293500070293) - Operator Log - 2022-11-21T124409.498.xlsm | 1/8/2023 8:16:17 PM | 9c50ba5f5221ca3f532519b75bb53760 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Cogen\Inventory + MDE Files for weekly report\ADM (ADM), ARCHER DANIELS MIDLAND, CLINTON, IA (500070293500070293) - Operator Log - 2022-11-21T124409.498.xlsm |
| ADM (ADM), ARCHER DANIELS MIDLAND, CLINTON, IA (500070293500070293) - Operator Log - 2022-11-03T150046.178.xlsm | 1/8/2023 8:16:17 PM | 960a451e02f88bb952e4fdc9c4b76b0d | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Cogen\Inventory + MDE Files for weekly report\ADM (ADM), ARCHER DANIELS MIDLAND, CLINTON, IA (500070293500070293) - Operator Log - 2022-11-03T150046.178.xlsm |
| ADM (ADM), ARCHER DANIELS MIDLAND, CLINTON, IA (500070293500070293) - Operator Log - 2022-11-07T132526.613.xlsm | 1/8/2023 8:16:17 PM | 723daa6e0e3949a01bf1bf7af4938a1e | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Cogen\Inventory + MDE Files for weekly report\ADM (ADM), ARCHER DANIELS MIDLAND, CLINTON, IA (500070293500070293) - Operator Log - 2022-11-07T132526.613.xlsm |
| ADM (ADM), ARCHER DANIELS MIDLAND, CLINTON, IA (500070293500070293) - Operator Log - 2022-11-28T134734.439.xlsm | 1/8/2023 8:16:17 PM | 7fd0a8c1d22bf63359f3e6423e981004 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Cogen\Inventory + MDE Files for weekly report\ADM (ADM), ARCHER DANIELS MIDLAND, CLINTON, IA (500070293500070293) - Operator Log - 2022-11-28T134734.439.xlsm |
| ADM Cogen Weekly Inventory Log.xlsx | 1/8/2023 8:16:17 PM | 36248865663202d07b7b53fd00e6c119 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Cogen\Inventory + MDE Files for weekly report\ADM Cogen Weekly Inventory Log.xlsx |
| ADM (ADM), ARCHER DANIELS MIDLAND, CLINTON, IA (500070293500070293) - Operator Log - 2022-12-07T115832.793.xlsm | 1/8/2023 8:16:17 PM | 01fcd3271d909b03c86ee14bed749ae5 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Cogen\Inventory + MDE Files for weekly report\ADM (ADM), ARCHER DANIELS MIDLAND, CLINTON, IA (500070293500070293) - Operator Log - 2022-12-07T115832.793.xlsm |
| Inventory Management Nalco.xlsx | 1/8/2023 9:04:09 PM | 8a2266129c9e50a0c5ece84f73a5e559 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Cogen\Inventory + MDE Files for weekly report\Inventory Management Nalco.xlsx |
| Cogen Chemical Mass Balance KPI.xlsx | 1/8/2023 8:16:17 PM | e4290bde394d19b267dc6e5272db708c | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Cogen\KPI\Cogen Chemical Mass Balance KPI.xlsx |
| monthly kpi trends.xlsx | 1/8/2023 8:16:17 PM | 17273a2faaef4c198c1e244c542d41ac | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Cogen\KPI\monthly kpi trends.xlsx |
| WW trial calcs.xlsx | 1/8/2023 8:36:08 PM | 1281e17f89dddab960274904f17ffcff | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Taverna, Andrew - ADM 500072855\Waste Water\April 2022\WW trial calcs.xlsx |
| RO Testing.xlsx | 1/8/2023 8:16:17 PM | b5ff5f48309c207b77e46d661c41c9f7 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\Documents\adkins\RO Testing.xlsx |

| | | | |
|---|---|---|---|
| Badger Spend analysis.xlsx | 1/8/2023 8:16:17 PM | cb2c0c55cc4cf4bbdd2f479456b1094b | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)  decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\Documents\Badger State Ethanol\Badger Spend analysis.xlsx |
| Alan CHS Final Scope vs Expected 2019.xlsx | 1/8/2023 8:01:52 PM | 7a88b849e92ff83e1bc647b6b257dff5 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\Documents\chs\Alan CHS Final Scope vs Expected 2019.xlsx |
| CHS analytical testing tables.xlsx | 1/8/2023 8:01:52 PM | 1bcb93cb9a9f7e4f6f65c1431d46a9f1 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\Documents\chs\CHS analytical testing tables.xlsx |
| CHS inventory table.xlsx | 1/8/2023 9:04:08 PM | 5b80c1b64a343c9dc0e9d8736a6bb8a8 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\Documents\chs\CHS inventory table.xlsx |
| CHS Tank Inventory Chart.xlsx | 1/8/2023 8:01:52 PM | c7505144f9b3f9d80aa26328feddcec2 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\Documents\chs\CHS Tank Inventory Chart.xlsx |
| CHS Historical Data & Inventory.xlsx | 1/8/2023 8:01:52 PM | 3a963ff605c86222e56a107ccf1ca283 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\Documents\chs\CHS Historical Data & Inventory.xlsx |
| corrosion inhibitor savings calc.xlsx | 1/8/2023 8:16:17 PM | 8dc9d7b95db0ea8a93910b671ecb5759 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\Documents\Ethanol Corrosion Inhibitor\corrosion inhibitor savings calc.xlsx |
| Ethanol Corrosion Inhbitor Calculator.xlsx | 1/8/2023 8:16:17 PM | 6e89cebf3612c11e37562edc9d1e65dc | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\Documents\Ethanol Corrosion Inhibitor\Ethanol Corrosion Inhbitor Calculator.xlsx |
| BRUE TAP 2022.xlsx | 1/8/2023 8:16:17 PM | daa6773d78e8eb50c36fa68d04909b54 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\Documents\TAP 2022\BRUE TAP 2022.xlsx |
| Adkins Ethanol Corrosion Inhibitor Tank - Dosage - Cost Calcs.xlsx | 1/8/2023 8:16:17 PM | aaac3a06cf6701c286461bc1d457885f | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\Documents\adkins\ethanol corrosion inhibitor\Adkins Ethanol Corrosion Inhibitor Tank - Dosage - Cost Calcs.xlsx |
| Adkins Energy 8976 Dosage Chart and Use-cost.xlsx | 1/8/2023 8:16:17 PM | 905d198a15d7c0508df7368ec73e0977 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\Documents\adkins\Evaps\Adkins Energy 8976 Dosage Chart and Use-cost.xlsx |
| Corn Oil Program Value Calculator.xlsx | 1/8/2023 8:16:17 PM | 6f65409578efc4caacb3c066e59a8537 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\Documents\Badger State Ethanol\Corn Oil\Corn Oil Program Value Calculator.xlsx |
| Ethanol Corrosion Inhibitor Dosage Calculator.xlsx | 1/8/2023 8:16:17 PM | 5666a20e348b6172ae035422a4378d1e | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\Documents\big river resources\2018\Ethanol Corrosion Inhibitor Dosage Calculator.xlsx |
| BRR W Burlington Deposit Control Calcs.xlsx | 1/8/2023 8:16:17 PM | 7f16efd9106f7cbbba294c66a9a29272 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\Documents\big river resources\Evap Dep Control\BRR W Burlington Deposit Control Calcs.xlsx |
| 2020 CHS Rochelle Side 1 & 2 with cycles calcs.xlsx | 1/8/2023 8:16:17 PM | fde093bb54b06fd051257f225602e250 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\Documents\chs\evaporators\2020 CHS Rochelle Side 1 & 2 with cycles calcs.xlsx |

| | | | |
|---|---|---|---|
| 5f7b5f1e01b83767.automaticDestinations-ms | 1/8/2023 9:02:51 PM | 648613757601ef77b0baf8303eea09fc | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\5f7b5f1e01b83767.automaticDestinations-ms |
| ADM Clinton KPI August 2022.xlsx | 1/8/2023 8:16:17 PM | b566fe1f6e3ad75f9c4768920f7059fa | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Cogen\KPI\2022 KPI\August 2022\ADM Clinton KPI August 2022.xlsx |
| ADM Clinton KPI November 2022.xlsx | 1/8/2023 8:16:17 PM | 9ea5b5bd78997612fa573554bcc69a48 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Cogen\KPI\2022 KPI\November 2022\ADM Clinton KPI November 2022.xlsx |
| ADM Clinton KPI October 2022.xlsx | 1/8/2023 8:16:17 PM | 25d59b6285f2302a7f25b3a86868a66e | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Cogen\KPI\2022 KPI\October 2022\ADM Clinton KPI October 2022.xlsx |
| 12.12.2022.xlsx | 1/8/2023 8:16:17 PM | a1d0b3a7c6df278f83ab512f2e7306cd | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Cogen\PSR\2022\12.12.2022\12.12.2022.xlsx |
| 1.4.2023.xlsx | 1/8/2023 9:04:09 PM | 9fbce68e747c475a965cc1fdc1860443 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Cogen\PSR\2023\1.4.2023\1.4.2023.xlsx |
| CHS Rochelle Stack Testing Analytical Summary 2022.xlsx | 1/8/2023 8:16:17 PM | f0a99de4d9b8c6d2c55f013813d10308 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Migrated from Dropbox\Documents\chs\Analyticals\Stack Testing 2022\CHS Rochelle Stack Testing Analytical Summary 2022.xlsx |
| NALCO Evap 1-4-23 (002).xlsx | 1/8/2023 8:50:38 PM | 45765a20072d22bbd43ac4dc209b37af | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\2EEDJ9XY\NALCO Evap 1-4-23 (002).xlsx |
| NALCO Gateway 5G 1-6-23 (002).xlsx | 1/8/2023 8:50:38 PM | 2a4b8bc7a7012a7d4d53273289d85f2f | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\2EEDJ9XY\NALCO Gateway 5G 1-6-23 (002).xlsx |
| PO#493751 (002).xlsx | 1/8/2023 8:50:38 PM | 6dcb94e7dcb62f830ea5886ba0ae7dba | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\2EEDJ9XY\PO#493751 (002).xlsx |
| WW trial calcs.xlsx | 1/8/2023 8:50:39 PM | 1281e17f89dddab960274904f17ffcff | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\2EEDJ9XY\WW trial calcs.xlsx |
| GFB 1.xlsx | 1/8/2023 8:16:17 PM | 61bff7b4fae419347e3c05c19c379038 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Cogen\raw data\Boilers\most recent\most recent 10-28\GFB 1.xlsx |
| GFB 2.xlsx | 1/8/2023 8:16:17 PM | f61639bbc995fcc32d0a3ee2c7270dd3 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\Ecolab\Owens, Michael - ADM Clinton\Cogen\raw data\Boilers\most recent\most recent 10-28\GFB 2.xlsx |

| | | | |
|---|---|---|---|
| f  003d64 | 1/8/2023 9:03:50 PM | a4633a272f3c1023a778385657410ca8 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\AppData\Local\Microsoft\Edge\User Data\Default\Cache\Cache  Data\f  003d64 |