| Image | File Name | Last Accessed Date/Time - UTC-06:00 | Make | Model | MD5 Hash | Source |
|---|---|---|---|---|---|---|
| REDACTED | IMG_3626.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | adfb44f24dea68f850372f381a352c1b | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3626.JPG |
| REDACTED | IMG_3625.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | 85609863eb6fc2b8fcc26851b1654aa2 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3625.JPG |

| | | | | | | |
|---|---|---|---|---|---|---|
| REDACTED | MG_3622.JPG | 1/8/2023 9:11:05 PM | Apple | iPhone 6s | 54c004f8f74 89aa2c26d0 4c2c7a5d8d e | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3622.JPG |
| | MG_3624.JPG | 1/8/2023 9:11:05 PM | Apple | iPhone 6s | 4d81d57c98 28cc14e1b2 e6b7a67657 c7 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3624.JPG |
| | MG_3621.JPG | 1/8/2023 9:11:05 PM | Apple | iPhone 6s | 0617d331f0 806dce0a6f 83ddeb7291 b0 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3621.JPG |

| | | | | | | |
|---|---|---|---|---|---|---|
| REDACTED | MG_3627.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | c6f6970c6d0f6b625e8a91c73b394023 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3627.JPG |
| | MG_3623.JPG | 1/8/2023 9:11:05 PM | Apple | iPhone 6s | 8c6980f715768239a6d969a249a1d81e | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3623.JPG |
| | MG_3628.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | 4744fb485d2ffb91457288f433158fb9 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3628.JPG |

| File Name | Date | Make | Model | Hash | Path |
|---|---|---|---|---|---|
| REDACTED / MG_3629.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | 75f6bf28912715fd07f75490c3e85385 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3629.JPG |
| REDACTED / MG_3631.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | 70633fb8f57fe5032a19447b64883cd5 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3631.JPG |
| REDACTED / MG_3633.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | 7b165c6033e85db7cc95678f75920e7d | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3633.JPG |

| | File Name | Date Modified | | Make | Model | Hash | Path |
|---|---|---|---|---|---|---|---|
| REDACTED | MG_3632.JPG | 1/8/2023 9:11:06 PM | | Apple | iPhone 6s | 408038ce63 1224742fee 0b8a9563fc 4a | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3632.JPG |
| | MG_3636.JPG | 1/8/2023 9:11:06 PM | | Apple | iPhone 6s | ea5156ac13 4cd5cc2dbb d1a1b4cee0 b9 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3636.JPG |
| | MG_3630.JPG | 1/8/2023 9:11:06 PM | | Apple | iPhone 6s | d19d9dfb38 39d935e688 df0dd62255 fd | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3630.JPG |

| | | | | | | |
|---|---|---|---|---|---|---|
| REDACTED | IMG_3634.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | 473fc7abc106ae229857e6d6637d30c0 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3634.JPG |
| | IMG_3638.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | 067119973e6c63f2718e9dc92ccfd05b | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3638.JPG |
| | IMG_3640.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | 5a7748212529d02cd6633617ac02c160 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3640.JPG |

| File Name | Date | | Make | Model | Hash | Path |
|---|---|---|---|---|---|---|
| **REDACTED** | | | | | | |
| IMG_3635.JPG | 1/8/2023 9:11:06 PM | | Apple | iPhone 6s | 27364336f878d5dbc5f3a8ef5a55b644 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3635.JPG |
| IMG_3637.JPG | 1/8/2023 9:11:06 PM | | Apple | iPhone 6s | 36cf79515e28fbca26b8e88fd89e168c | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3637.JPG |
| IMG_3639.JPG | 1/8/2023 9:11:06 PM | | Apple | iPhone 6s | c1a8b60b8cdafca25f0fc0ceb82e212d | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3639.JPG |

| | | | | | | |
|---|---|---|---|---|---|---|
| **REDACTED** | IMG_3641.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | b7fd74cc9a 9ceca9b197 3e84574bb4 d9 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3641.JPG |
| | IMG_3644.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | c1bb8cdae6 10d936acbf e9b308f25f 59 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3644.JPG |
| | IMG_3643.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | 22c015db3e b8afeeb94d 3aec373eaf 80 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3643.JPG |

| File Name | Date | Make | Model | Hash | Path |
|---|---|---|---|---|---|
| REDACTED | | | | | |
| IMG_3642.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | 53748180a223c70dd4425ec6f002875e | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3642.JPG |
| IMG_3648.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | 18dbae4992d4a8b2aec1ef4829d30121 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3648.JPG |
| IMG_3647.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | e328ef015e9b6783b2f49e1afa69c05d | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3647.JPG |

| | | | | | | |
|---|---|---|---|---|---|---|
| REDACTED | MG_3645.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | 3cb3d6bfa4 6d0e701ea2 5fb4cf15e5b 0 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3645.JPG |
| | MG_3649.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | 26f7713e42 9a56ebf9fe 1ecdf8bde7 72 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3649.JPG |
| | MG_3646.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | d9c5225bb8 76b461ff08 33c462b437 d5 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3646.JPG |

| | | | | | | |
|---|---|---|---|---|---|---|
| REDACTED | IMG_3653.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | f66cc1dd17 2d97d46732 5ef0c504bff 2 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3653.JPG |
| | IMG_3655.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | 529f8c73bc 49c7a0e1d9 77857c1315 a1 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3655.JPG |
| | IMG_3651.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | e40e93b047 1ea003b3e4 8af44290e3 2b | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3651.JPG |

| | | | | | |
|---|---|---|---|---|---|
| REDACTED MG_3652.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | 124c99b6d8604658dc99eab8483532ee | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3652.JPG |
| MG_3654.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | 94004cb14ed3b7d5fb56499b34d4c72c | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3654.JPG |
| MG_3650.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | fd4b86c7ad1b2bedb9d840d3d8e2ba93 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3650.JPG |

| File | Date | Make | Model | Hash | Path |
|---|---|---|---|---|---|
| [REDACTED] IMG_3656.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | c3d03a990b26e03b2e15e7214a9842f2 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3656.JPG |
| IMG_3663.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | b2764c9710ec5dc650384a85d482f2ca | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3663.JPG |
| IMG_3660.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | 1addb61f0f0b023be37696239dc755ed | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3660.JPG |

| | | | | | | |
|---|---|---|---|---|---|---|
| REDACTED | MG_3662.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | f3691c02a4f8adda7ee0514a235e765e | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3662.JPG |
| | MG_3657.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | 5dfcdfa6154b274571e36754c35e78b6 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3657.JPG |
| | MG_3659.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | 4186f10422c0e517aeac937725e31f5a | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3659.JPG |

| File Name | Date | Make | Model | Hash | Path |
|---|---|---|---|---|---|
| REDACTED | | | | | |
| IMG_3658.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | 22544599baf4c0555024a725bfda591f | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3658.JPG |
| IMG_3661.JPG | 1/8/2023 9:11:06 PM | Apple | iPhone 6s | 6dbfe0e1f2f4baea342cc14e312ea617 | LT001-JESSICA-GRAILER.E01 - Partition 4 (236.54 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 236.54 GB) OSDisk\Users\JLGRAILER\OneDrive - Ecolab\Pictures\adkins evap inspection 9.23.19\Evap over view pics\IMG_3661.JPG |