# EX. A

Case 3:23-cv-00000-xxxx   Document X-XX   Filed 00/00/00   Page 2 of 8

11:40  .ıl LTE ▭

< 42   JS   🎥

Justin >

iMessage
Mon, Jan 9 at 4:27 PM

Hey! It's Jess – I talked to Josh and he said I could bring my car to you. I have a little more to pack up etc. Would you be able to give me a ride home later tonight? Or would tomorrow work better?

Hey Jess – Let's do it tomorrow if that's ok with you. I've got a few things to finish up and need to help get the girls to bed tonight.

I'm super flexible between 9am and 1pm so anytime in there I can give you a ride back to da criiiib

Getting kids to bed is when the work actually starts!

Tomorrow will work great – I will text you. Thank you!

iMessage

Case 3:23-cv-00302-wmc   Document # 28-1   Filed 03/08/23   Page 3 of 8

< **42**      **JS**      🎥

Justin >

Getting kids to bed is when the work actually starts!

Tomorrow will work great – I will text you. Thank you!

No problem – have a good night and we'll chat tomorrow

Tue, Jan 10 at 8:28 AM

2038 Barber Dr Stoughton WI 53589

Thank you! I should be out your way around 10 – I will let you know when it gets closer.

Tue, Jan 10 at 9:54 AM

**10:20

I've got a parking pad that's parallel with the street. Park

📷    Ⓐ    iMessage      🎤

Case 3:23-cv-00000mc   Document X, 28-1   Filed 00/00/00   Page X of X

**42** **JS**

Justin >

Tue, Jan 10 at 9:54 AM

👍

**10:20

I've got a parking pad that's parallel with the street. Park your car there and we can take my car

Fri, Jan 13 at 8:31 AM

Random question – do you know what the 4 digit password might be for that old iPhone? It has a cute dogs face on it and is locked so I want to make sure I wipe and reset it before sending it on.

I thought I reset it?! I'm terrible with phones

HA HA

Caustic – 8735 is the code

Thank you for clearing it

iMessage

Cash

11:40

LTE



JS

Justin >

Caustic – 8735 is the code

Thank you for clearing it

!

Fri, Jan 13 at 2:13 PM



iMessage

11:40

 LTE

 42

JS

Justin >

Fri, Jan 13 at 2:13 PM



I thought I had it handled but need your Apple ID password to erase all content and settings.

iMessage

Case: 3:23-cv-00102-wmc   Document #: 28-1   Filed: 03/06/23   Page 7 of 8

< 42    **JS**    🎥

Justin >

I thought I had it handled but need your Apple ID password to erase all content and settings.

All the photos and stuff saved on iPhone is deleted but all the apps are still connected to your accounts

So I want to clear that shot before it goes to a random location in chicago/repurposed to another rep

Sorry – I didn't remember ever logging into it

It would be you Apple ID password

HA HA

AppleId1

Love it

iMessage    🎤

📷  Ａ)

Case: 3:23-cv-00302-smc   Document #: 28-1   Filed: 03/06/23   Page 8 of 8

< 42       **JS**       📹

Justin >

to another rep

> Sorry – I didn't remember ever logging into it

It would be you Apple ID password

> AppleId1

Love it

> 😂 I'm shocked no one has stolen all my money yet

> Don't get any ideas! 😝

It didn't like it so we'll see what happens

I'll work on it next week.

> Hm. Okay it's capital "i" I believe or lower case

Delivered

iMessage