# EX. B



**Josh**

Thu, Dec 29 at 11:24 AM

What the product number for the ethanol corrosion inhibitor booster? One that boosts phe

Sun, Jan 8 at 4:36 PM

You be at marquis on Tuesday?

Maybe – we need to catch up when you have time. I accepted another job offer.

Mon, Jan 9 at 4:34 PM

I threw Matt under the bud

Bud

Bus*

😂 need to knock him down when you can - he'll be leading Nalco soon

Him too. I meant matt wolf.

Tyler asked me why he hasn't



