# EX. D

# Fwd: It's on! We just delivered part of your adidas order  `Inbox`

**Grailer, Jessica**  Jan 15
to me

| | |
|---|---|
| From | Grailer, Jessica  jlgrailer@ecolab.com |
| To | jessicagrailer@gmail.com jessicagrailer@gmail.com |
| Date | Jan 15, 2023 at 1:04 PM |
| 🔒 | Standard encryption (TLS)  Learn more |

Get Outlook for iOS

**From:** adidas <adidas@us-info.adidas.com>
**Sent:** Wednesday, November 2, 2022 12:33:22 PM
**To:** Grailer, Jessica <jlgrailer@ecolab.com>
**Subject:** It's on! We just delivered part of your adidas order



12:17     LTE 

## Fwd: All of your order shipped! #0121429963 [Inbox] 

 **Grailer, Jessica**  Jan 15   
to me ⌃

| | |
|---|---|
| From | Grailer, Jessica  jlgrailer@ecolab.com |
| To | jessicagrailer@gmail.com<br>jessicagrailer@gmail.com |
| Date | Jan 15, 2023 at 1:05 PM |
| 🔒 | Standard encryption (TLS)<br>Learn more |

Get **Outlook for iOS**

---

**From:** American Eagle <ae@notifications.ae.com>
**Sent:** Monday, December 19, 2022 9:00:24 AM
**To:** Grailer, Jessica <jlgrailer@ecolab.com>
**Subject:** All of your order shipped! #0121429963

**Caution:** This email message originated from outside of the organization. **DO NOT CLICK** on links or open attachments unless you recognize the sender and know the content is safe. If you think it is suspicious, please **report as suspicious**.

**AMERICAN EAGLE    aerie**



# Fwd: Your package has been delivered! `Inbox`

**Grailer, Jessica**   Jan 15
to me

| | |
|---|---|
| From | Grailer, Jessica  jlgrailer@ecolab.com |
| To | jessicagrailer@gmail.com jessicagrailer@gmail.com |
| Date | Jan 15, 2023 at 1:06 PM |
| 🔒 | Standard encryption (TLS) Learn more |

Get [Outlook for iOS](#)

---

**From:** American Eagle <ae@ae.narvar.com>
**Sent:** Friday, December 2, 2022 5:03:55 PM
**To:** Grailer, Jessica <jlgrailer@ecolab.com>
**Subject:** Your package has been delivered!

**Caution:** This email message originated from outside of the organization. **DO NOT CLICK** on links or open attachments unless you recognize the sender and know the content is safe. If you think it is suspicious, please **report as suspicious**.



AMERICAN EAGLE | aerie