UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ECOLAB Inc., and NALCO COMPANY LLC d/b/a Nalco Water, an Ecolab Company and/or Nalco Water,<br><br>               Plaintiffs,<br><br>   v.<br><br>JESSICA GRAILER,<br><br>               Defendant. | Case No.: 3:23-cv-00102-wmc |

## SUPPLEMENTAL DECLARATION OF LAURENCE D. LIEB

### Response to Declaration of Bruce Pixley

I, Laurence D. Lieb, declare under penalty of perjury that the foregoing is true and correct.

1. My name is Laurence D. Lieb. I am the President of Tyger Forensics Inc., which provides, among other things, computer forensics and electronic discovery services to litigation attorneys and their clients. I provided my original declaration ("Lieb Declaration") dated February 21, 2023 in this matter in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion"). I submit my Supplemental Declaration ("Supplemental Declaration") in further support of Plaintiffs' Motion. I was provided with the Declaration of Bruce Pixley ("Pixley Declaration"), which was written in response to my Lieb Declaration. In the Pixley Declaration, Mr. Pixley attempts to criticize and cast doubt upon the findings detailed in my Lieb Declaration. In this Supplemental Declaration, I address and entirely refute each of Mr. Pixley's criticisms with *actual evidence* from the Jessica Grailer laptop ("Grailer Laptop") that I forensically imaged and examined as originally described in the Lieb Declaration.

1

A. **Refutation of Pixley Declaration, Paragraph 17, Contention That The Emtec USB Drive and iPhone 6S Were Not Connected to the Grailer Laptop on January 8, 2023**

2. In the Pixley Declaration, paragraph 17, Mr. Pixley attempts to refute my declaration's findings that both an Emtec USB drive and Grailer's former Ecolab iPhone 6S were both connected to the Grailer Laptop as of 1/8/2023 at 9:39:51 PM CST.

3. Specifically, Mr. Pixley states,

> "His [Lieb's] analysis of this date and time is flawed and an experienced and objective forensic examiner would not use these time stamps. These registry subkeys are not an accurate method to determine the date and time of a USB device being connected. When Windows conducts an update, these subkeys along with other subkeys in the System hive will get updated by the operating system with exactly the same time stamp. This time stamp is completely unrelated to any user activity. Even common sense would have any layperson ask the valid question of **"how does someone plug in a USB drive and an iPhone at exactly the same time?"** An experienced forensic examiner would look at all relevant Windows registry information related to external devices, Windows logs, and Windows event logs. At that time, the examiner would build a timeline to show device activity. In this case, Mr. Lieb incorrectly used these irrelevant time stamps."

4. Mr. Pixley contends that the timestamps are unrelated to any human user activity, and speculates that the timestamps were updated by a Windows system update.

5. Unlike Pixley, I examined the Grailer Laptop and identified the fact that the Grailer Laptop's Windows system was not update on January 8, 2023, but in fact the last update to the Windows system occurred on January 6, 2023 as indicated in **Exhibit D**, which is incorporated herein by reference.  **Exhibit D** is a true and accurate copy of the Windows system event logs taken from the Grailer Laptop's operating system.  Specifically, the Windows event log named "system.evtx" records and journals, amongst other events, updates being performed to the Windows operating system.  Therefore, **Exhibit D** shows that the Windows operating system was not updated on January 8, 2023 as Mr. Pixley speculated.

6. Furthermore, when an individual has two or more devices (such as a USB drive and an iPhone) connected a computer's USB ports at the time that computer is powered on or rebooted, one will see identical USB connection times for those devices. This is what we see in the case of the Grailer laptop on January 8, 2023. In addition, multiple external devices connected to a laptop docking station's USB ports, will have identical connection times recorded when a given computer is rebooted. For some unknown reason, Mr. Pixley neglected to address these simple explanations of why both the Emtec USB drive and iPhone 6S phone connection dates and times are identical.

7. I analyzed the Grailer Laptop's "system.evtx" event log, which records human activity including but not limited to powering down, powering on and rebooting a laptop, and identified the fact that the Grailer Laptop was in fact rebooted on 2023-01-08 at 12:18 PM CST (UTC-5) as seen in the screenshot below. The first screenshot below is a true and accurate copy of the Grailer Laptop's event log obtained from my review of the forensic image of the Grailer Laptop and is displayed in CST time. This event log states "The process C:\WINDOWS\system32\winlogon.exe (USNB190410TOH6X) has **initiated the restart of computer** USNB190410TOH6X on behalf of user GLOBAL\jlgrailer," on 1/8/2023, 12:18:29 PM CST (UTC-5). The second screenshot below is a true and accurate copy of the Grailer Laptop's event log obtained from my review of the forensic image of the Grailer Laptop and is displayed in UTC time. This event log states "The operating system is shutting down at system time 2023-01-08 T17:32:49.244925700Z," which equates to 12:32 PM CST (UTC-5). The third screenshot below states "The operating system started at system time 2023-01-08T17:32:58.500000000Z," which equates to 12:32 PM CST (UTC-5)   Therefore, the evidence shows that the Grailer laptop was rebooted prior to the Emtec USB drive and iPhone 6S connectivity timestamps. If the USB drive and iPhone were already plugged in to the Grailer Laptop when it was rebooted, the USB

3

connectivity report detailed in my Lieb Declaration would show identical insertion dates and times and in fact this is what we see here.







## B. Refutation of Pixley Declaration, Paragraph 19 Contention That Windows No Longer Records File Last Accessed Dates and Times

8. The Windows operating system records three main aspects of human interaction with files on a given computer: Date Created, Date Modified, and Last Accessed. Date Created records the date and time a human being created a file on a computer. Date Modified records the date and time a human being last made a change to a file, such as editing a Word document. Last Accessed records the date and time a human being opened a particular file or copied files from one location to another. Highlighting, selecting, copying and dragging multiple files to an external USB drive or an iPhone will update each copied file's Last Accessed date and time. This is exactly what one sees regarding Ms. Grailer's activity on January 8, 2023 and January 15, 2023 as described in my Lieb Declaration.

6

9. Mr. Pixley claims that I incorrectly used the Windows time stamp of Last Accessed as evidence of human activity because, according to Mr. Pixley, "Microsoft intentionally disabled that specific time stamp with the Windows 7 operating system." Mr. Pixley is wrong. Windows 10 operating systems, which is the operating system used by the Grailer Laptop as seen in the screenshot below, do in fact record human activity including file "Last Accessed Dates".

Registry File: {BDE}LT001-JESSICA-GRAILER:\Windows\System32\Config\SOFTWARE
Key Location: Microsoft\Windows NT\CurrentVersion
Timezone: -5:00 CDT

| | |
|---|---|
| Install path | C:\WINDOWS |
| Build string | 19041.vb_release.191206-1406 |
| Extended build string | 19041.1.amd64fre.vb_release.191206-1406 |
| Build number | 19044 |
| Install date | Monday, June 28, 2021, 23:57:19 |
| ProductName | Windows 10 Enterprise |
| Version | 2009 |
| ProductId | 00330-80000-00000-AA497 |
| DigitalProductId | VK7JG-NPHTM-C97JM-9MPGT-3V66T |
| RegisteredOrganization | Ecolab |
| RegisteredOwner | Ecolab |

10. According to an industry standard forensic blog, dated 10/9/2019 and titled "The "Last Access" updates are almost back – My DFIR Blog[1]", one can confirm in the Windows registry if "Last Accessed Date" is in fact turned on in a given computer. I did just that. If the Windows registry value for "NtfsDisableLastAccessUpdate" equals "0x80000002", then "Last Access" dates and times will be recorded. As seen in the screenshot below, taken from the Grailer Laptop's Windows registry, the registry key "NtfsDisableLastAccessUpdate" value does equal

---

[1] https://dfir.ru/2018/12/08/the-last-access-updates-are-almost-back/

"0x80000002", which confirms, contrary to Pixley's assertion, that the Grailer Laptop was recording Last Accessed dates and times.



11.     I confirmed in the Grailer laptop Windows registry that "Last Access" updates are enabled, meaning the "Last Access" date and time stamps described in my Lieb Declaration accurately reflect the dates and times that Ms. Grailer accessed the Ecolab files referenced in the exhibits to the Lieb Declaration.  The manner and times in which these files were accessed as described below, evidences that Ms. Grailer exfiltrated the files to an external device.

12.     As I explained in the Lieb Declaration, numerous files were accessed at the same time at or near the same time the Emtec USB drive and Apple iPhone 6S were connected to the Grailer Laptop.  It is impossible for Ms. Grailer or anyone to have opened such as large number of files one at time.  The concurrent Last Accessed date and time stamps evidences that Grailer

8

simultaneously selected and copied multiple files at the same time for the purpose of dragging them to the external Emtec USB drive or the Apple iPhone 6S.

C. **Additional Evidence of Accessing of Ecolab Files on January 8, 2023 by Grailer**

13. Since submitting the Lieb Declaration, I discovered additional evidence of Ms. Grailer's interaction with Ecolab files on January 8, 2023 as recorded by the Grailer Laptop's internet browsers and Windows operating system.

14. **Exhibit E** is a true and exact copy of internet browsing history recovered from the forensic image of the Grailer Laptop which shows Ms. Grailer was clearly using the laptop's internet browsers to access documents stored in her Ecolab OneDrive account as well as other sites on January 8, 2023. Grailer conducted this activity while the Emtec USB drive and iPhone 6S were connected to the Grailer laptop.

15. **Exhibit F** is a true and accurate copy of a forensic "Jump List" report that identifies files which were opened most recently opened by Ms. Grailer on January 8, 2023. In **Exhibit F**, one can see that on 1/8/2023, 9:57:14 PM CST (UTC-5), Ms. Grailer used the Microsoft Edge's "InPrivate" browser mode to access the first ten documents detailed in **Exhibit F**. "InPrivate" mode is generally used when a computer user does not want to leave a record of internet browsing history.

16. **Exhibit G** is a true and accurate copy of a forensic report which records even more evidence of Grailer's interactions with Ecolab files on January 8, 2023. Similar to the other file listings attached to the Lieb Declaration, this file listing shows that Ms. Grailer accessed multiple files simultaneously which is evidence of exfiltration as I describe above.

D. **Refutation of Pixley Declaration, Paragraph 20 Regarding Grailer Access of Ecolab Files Stored on the Emtec USB Drive**

17. In Paragraph 20 of the Pixley Declaration, Mr. Pixley states:

9

> "Mr. Lieb cites four files and a folder stored on the USB drive as being "accessed," however, he failed to cite when these items were accessed. For reference, he cited a specific Windows jumplist file in the footnote, but failed to mention any time stamps. For reference, a Windows jumplist file maintains 8 different types of time stamps for each separate file/folder entry and he did not list any of them."

18. **Exhibit H**, which is incorporated herein by reference, provides the dates and times Grailer accessed the files and folders detailed in the Lieb Declaration and stored on the Emtec USB Drive as of December 21, 2022.

### E. Refutation of Pixley Declaration, Paragraph 21 and Paragraph 23, How Grailer Exfiltrated Ecolab Files

19. Pixley states in paragraph 21 that I "failed to mention exactly how these files were exfiltrated. As evidence, [Lieb] cited in his footnote that this information was located in the file system USN journal and the information is listed in **Exhibit E**. For reference, the USN journal is maintained by the operating system." Mr. Pixley then goes on to state in paragraph 23 that "An experienced forensic examiner knows that the USN journal has nothing to do with demonstrating that files were somehow "exfiltrated," such as being copied to a USB device."

20. Mr. Pixley's criticisms on my reliance on the USN journal are incorrect. The USN journal records human interaction with files on a Windows computer such as renaming folders, deleting files, and copying files. In the conclusion of my Lieb Declaration, I clearly state that "Jessica Grailer, after accepting employment with Chemtreat on December 15, 2022, exfiltrated multiple Ecolab files via the Emtec USB drive."

21. In my Lieb Declaration, I conclude that the USN journal evidence shows large numbers of files being accessed by Ms. Grailer in quick succession at the same time the Emtec USB drive and Apple iPhone 6S were connected to the Grailer Laptop. For computer forensic professionals, this type of conduct evidences that these files were selected, copied and dragged to

one of these external devices (i.e. exfiltrated) and is precisely why my industry standard forensic tool Magnet Forensics Axiom reported such activity as "user activity".

F. <u>Explanation Regarding Potential Duplicate File Names</u>

21. Mr. Pixley criticizes the fact that Exhibits E and G attached to my Lieb Declaration identify what appears to be duplicate file names. Exhibits E and G include all forensic evidence identified by the Magnet Forensic Axiom software I used to analyze the Grailer Laptop and formulate my opinion that Ms. Grailer copied multiple files to one or more external devices. As a forensic professional, I feel it is my responsibility to include all evidence entries identified by my software so as to not potentially omit critical evidence. Above all, it is most critical to review the actual contents of the Emtec USB drive as it has been established that the drive contains multiple Nalco files. Unfortunately, Ms. Grailer wiped beyond recovery the entire contents of the Apple iPhone 6S, so we can never recover files copied to the phone. The contents of the iPhone 6S were backed up to Apple iCloud account associated with Ms. Grailer's Ecolab email address.  However, Ms. Grailer admits that she changed the Apple ID of the iPhone 6S from her Ecolab work email address to her personal jessicagrailer@gmail.com email address which prohibited me from accessing backups of the iPhone 6S.

22. Even more troubling, is the fact that the Pixley Declaration say absolutely nothing about forensically reviewing Ms. Grailer's personal computer or her new ChemTreat work computer (which I assume are both in her possession) to determine if either the Emtec USB Drive or the Apple iPhone 6S were ever plugged in to those devices and/or whether any Ecolab files were transferred to those devices. In my opinion, the forensic analysis of those two devices is critical.  I believe that Mr. Pixley either did not conduct such an analysis or did conduct the analysis and chose not to reveal the results.

G. <u>The USN Journal Reveals Evidence of Permanent File Deletions</u>

11

<u>By Ms. Grailer on January 8, 2023</u>

22.     Upon further examining the USN journal, I discovered evidence of Ms. Grailer having permanently deleted many files from the Grailer Laptop on the evening of January 8, 2023. I have included all the files Ms. Grailer deleted on January 8, 2023 between 8:34PM CST and 10:59PM CST from the Grailer Laptop as **Exhibit I**, which is incorporated herein by reference.

23.     It is important to note that Ms. Grailer emptied the Grailer Laptop's Recycle Bin, thus removing all the deleted files listed in **Exhibit I** and residing in Recycle Bin.  I used an industry standard forensic tool, Passmark's OSForensics version 10, build 1009, to create the below screenshot from the forensic image of the Grailer Laptop, which shows the Recycle Bin to be currently empty and containing only one system file called "desktop.ini".



24.     I then used OSForensics to attempt to recover the deleted files from the Grailer Laptop forensic image but was only able to recover one deleted file named "$IUG74G4.xlsx" which is a Windows system file generated when a file is placed in the Recycle Bin.  The file "$IUG74G4.xlsx" contains the following text:     C:\Users\JLGRAILER\Ecolab\Beranek Aaron - Marquis - Necedah\RO CIP\1.3.23\**raw edata.xlsx**.  I have highlighted the actual file deleted by Grailer, which is named "**raw edata.xlsx.**"  The file "**raw edata.xlsx**" no longer exists on the Grailer Laptop.

25.     I was unable to recover any of the other files listed in **Exhibit I** and which Grailer permanently deleted from the Grailer Laptop on January 8, 2023.

H.   <u>More Evidence Consistent With Bulk File Copying ("Exfiltration") on January 8, 2023</u>

12

26.     Forensic analysis of the Grailer Laptop using OSForensics revealed Ms. Grailer interacting with multiple folders of files residing in a folder named "Ecolab" in rapid succession on January 8, 2023 as seen in the screenshots below taken directly from the forensic image of the Grailer Laptop. This is an indication that these files were selected, copied and dragged to the Emtec USB drive or the Apple iPhone 6S.



13



### I. Refutation of Pixley Declaration, paragraphs 24, 25, 27, 28

27. Contrary to Mr. Pixley's assertions in paragraphs 24, 25, 27 and 28 of the Pixley Declaration that I failed to mention how Grailer exfiltrated files from the Grailer Laptop, in the conclusion of my Lieb Declaration, I clearly state that "Jessica Grailer, after accepting employment with Chemtreat on December 15, 2022, exfiltrated multiple Ecolab files via the Emtec USB drive."

28. To be crystal clear, all the evidence is consistent with Ms. Grailer bulk selecting and copying multiple files to the Emtec USB drive or the Apple iPhone 6S or both.

### J. Refutation of Pixley Declaration, paragraph 29 Regarding My Forensic Expertise

29. Pixley attacks my credentials as a forensic professional in paragraph 29, stating,

> As part of his declaration, [Lieb] attached a copy of a free
> certificate issued by Magnet Forensics dated 10/20/2022 (Exhibit

14

>A). This certificate is associated with someone attending their 32-hour class. Additionally, he attached a certificate for attending a 2-day basic forensic course on 5/7/2020 (Exhibit B). As a computer forensics instructor, I am familiar with both of these courses. Unfortunately, these courses just skim the surface of digital forensics and train the student on how to use the vendor's point-and-click forensic software. They do not provide in-depth instruction on how to interpret the digital evidence. That type of knowledge comes from years of experience and advanced level training courses.

30. Pixley's criticisms are inaccurate. I obtained my Magnet Forensics Certified Examiner ('"MCFE") credential after engaging in a weeklong forensic class led by two former law enforcement officers and culminating in an exam testing my knowledge. The training package from Magnet Forensics which included the course and examination cost $5,000.00.

31. My Certified BlackLight Examiner ("CBE") credential was achieved after instruction led by two former law enforcement officers.

32. In addition, Mr. Pixley neglects to mention the fact that I have been performing computer forensic work for more than twenty years and have been qualified as a computer forensic expert in both Federal and State courts as detailed in my Lieb Declaration CV exhibit.

33. I have testified in depositions and at trial numerous times as a computer forensic expert.

34. I have been retained hundreds of times to provide forensic imaging, analysis and reporting services since I began my computer forensic practice in 2001.

35. I reserve the right to render additional opinions, to supplement or amend the opinions in this report, and to provide additional grounds for those opinions based on my ongoing analysis of the materials provided to me or as may be required by events that occur during the course of this Litigation, including but not limited to responding to or analyzing positions taken by Ms. Grailer or her experts.

Executed on March 29, 2023,

*Laurence D. Lieb*
_____
Laurence D. Lieb

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of March 2023 the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system and was served on the following by U.S. mail and e-mail to:

Johanna Wilbert
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2400,
Milwaukee, WI 53202-4428
Johanna.Wilbert@quarles.com

      Respectfully submitted,

      */s/ Daniel F. Lanciloti*