IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

ECOLAB INC. and NALCO COMPANY, LLC
d/b/a Nalco Water, an Ecolab Company
and/or Nalco Water,

    Plaintiffs,                                      ORDER FOR NEUTRAL EXPERT

    v.                                               23-cv-102-wmc

JESSICA GRAILER,

    Defendant.
_____

The court has designated Sean Quellos of Ditigal Forensics Corp., as the court-appointed, neutral expert in this case. *See* Quello's attached CV. Mr. Quellos is directed to coordinate with the parties' counsel and their respective expert to arrange a prompt examination of the saved forensic images of defendant's personal iPhone (a 12S mini) and iCloud information for any phone or personal computer for past or present evidence of the documents identified in previously provided Exs. E – H (dkt. #13-8 through 11) being in Jessica Grailer's possession on or after December 20, 2022.

The terms and conditions of Mr. Quellos' engagement will be sent to lead counsel electronically by Digital Forensics Corp. with the initial payment of $2500 per side to be paid as indicated in the agreement. The parties are to execute their agreement electronically and submit their respective, initial payments as soon as practical.

Entered this 21st day of April, 2023.

                                                        BY THE COURT:
                                                        /s/
                                                        WILLIAM M. CONLEY
                                                        District Judge