# COURTROOM MINUTES
# CIVIL

DATE: 6/9/23   DAY: Friday   START TIME: 11:14 AM   END TIME: 11:43 AM

JUDGE/MAG.: WMC   CLERK: JAT   REPORTER: PH

CASE NO.: 23-cv-102-wmc   CASE NAME: Ecolab Inc. et al v. Jessica Grailer

**APPEARANCES:**

PLAINTIFF(S): Daniel Lanciloti
James M. Hux, Jr

DEFENDANT(S): Matthew Splitek
Johanna Wilbert

**PROCEEDING:**

- ☐ CONFIRMATION OF SALE
- ☐ CONTEMPT OF COURT
- ☐ MOTION FOR DEFAULT JUDGMENT
- ☐ ORDER TO SHOW CAUSE
- ☒ OTHER: Hearing on the Expert Report

Sean Quellos - Expert

Continued hearing on motion for preliminary injunction will be set out about 60 days from today.

Any supplemental filings for the motion due one week prior to hearing date.

TOTAL COURT TIME: 29"