

411 East Wisconsin Avenue
Suite 2400
Milwaukee, Wisconsin  53202-4428
414-277-5000
Fax 414-271-3552
www.quarles.com

Attorneys at Law in
Chicago
Indianapolis
Madison
Milwaukee
Minneapolis
Naples
Phoenix
San Diego
Tampa
Tucson
Washington, D.C.

Writer's Direct Dial: 414-277-5417
E-Mail: shauna.manion@quarles.com

January 10, 2024

*Via ECF Filing*

Honorable Stephen L. Crocker
U.S. District Court for the Western District of Wisconsin

    Re:    3:23-cv-00102-wmc
             *Ecolab Inc. et al v. Jessica Grailer*

Dear Magistrate Judge Crocker:

    We write to request clarification on whether the Court will hear argument on both motions to compel that are pending in this case during the upcoming hearing on January 18, 2024. Our client, Jessica Grailer, has two motions to compel before the Court: one filed on June 9, 2023 (Dkt. 57), and a second filed on August 14, 2023 (Dkt. 65). The Court's recent order setting the January 18 hearing referenced the later-filed motion, Dkt. 65, but not the earlier-filed motion, Dkt. 57. *See* Dkt. 93, Text Only Order. We would wish to be heard on the earlier-filed motion as well unless the Court plans to address it in a written decision.

    Thank you for your consideration.

Very truly yours,

QUARLES & BRADY LLP

*/s/ Shauna D. Manion*

QB\86839579.1