**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| ECOLAB Inc., and NALCO COMPANY LLC d/b/a Nalco Water, an Ecolab Company and/or Nalco Water,<br><br>    Plaintiffs,<br><br> v.<br><br>JESSICA GRAILER,<br><br>    Defendant. | Case No.: 3:23-cv-00102-wmc |

## JESSICA GRAILER'S RULE 37(c)(1) MOTION TO STRIKE THE EXPERT REPORT OF LAURENCE LIEB

PLEASE TAKE NOTICE that defendant Jessica Grailer moves this Court under Fed. R. Civ. P. 37(c)(1) for an order striking the expert report of Laurence D. Lieb and precluding the plaintiffs from using Lieb's testimony or report in this action.

This motion is supported by the pleadings and other papers on file in this matter, as well as the following materials being filed along with this motion:

 1. Brief in Support of Jessica Grailer's Rule 37(c)(1) Motion to Strike the Expert Report of Laurence Lieb.

 2. Declaration of Matthew Splitek dated February 26, 2024.

Respectfully submitted this 26th day of February, 2024.

            */s/ Matthew Splitek*
            Matthew Splitek (SBN 1045592)
            QUARLES & BRADY LLP
            33 E. Main Street, Suite 900
            Madison, WI 53703
            (608) 251-5000
            matthew.splitek@quarles.com

            Johanna M. Wilbert (SBN 1060853)

1

Shauna D. Manion (SBN 1091704)
QUARLES & BRADY LLP
411 E Wisconsin Avenue
Milwaukee, WI 53202
(414) 277-5000
johanna.wilbert@quarles.com
shauna.manion@quarles.com

Lauren C. Bolcar
QUARLES & BRADY LLP
2020 K Street NW, Suite 400
Washington, D.C. 20006
(202) 372-9600
lauren.bolcar@quarles.com

*Attorneys for Jessica Grailer*