UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ECOLAB Inc., and NALCO COMPANY LLC d/b/a Nalco Water, an Ecolab Company and/or Nalco Water,<br><br>        Plaintiffs,<br><br>      v.<br><br>JESSICA GRAILER,<br><br>        Defendant. | Case No.: 3:23-cv-00102-wmc |

**DECLARATION OF MATTHEW SPLITEK IN SUPPORT OF JESSICA GRAILER'S RULE 37(c)(1) MOTION TO STRIKE THE EXPERT REPORT OF LAURENCE LIEB**

I, Matthew Splitek, declare under penalty of perjury that the following is true and correct:

1. I am an attorney with Quarles & Brady LLP, counsel for defendant Jessica Grailer in the above-captioned case. I have personal knowledge of the facts stated below.

2. Attached as **Exhibit A** is a true and correct copy of Exhibit 5 to the deposition of Laurence D. Lieb taken on January 23, 2024.

3. Attached as **Exhibit B** is a true and correct copy of Exhibit 9 to Laurence Lieb's deposition.

4. Attached as **Exhibit C** is a true and correct copy of Exhibit 11 to Laurence Lieb's deposition.

5. Attached as **Exhibit D** is a true and correct copy of Exhibit 12 to Laurence Lieb's deposition.

6. Attached as **Exhibit E** is a true and correct copy of Exhibit 13 to Laurence Lieb's deposition.

7. Attached as **Exhibit F** is a true and correct copy of Exhibit 26 to Laurence Lieb's deposition.

8. Attached as **Exhibit G** is a true and correct copy of Exhibit 35 to Laurence Lieb's deposition.

9. Attached as **Exhibit H** is a true and correct copy of Exhibit 36 to Laurence Lieb's deposition.

Executed this 26th day of February, 2024.

*/s/ Matthew Splitek*