UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ECOLAB Inc., and NALCO COMPANY, LLC d/b/a Nalco Water, an Ecolab Company and/or Nalco Water,<br><br>　　　　　　　　Plaintiffs,<br><br>JESSICA GRAILER,<br><br>　　　　　　　　Defendant. | Case No. 3:23-cv-00102-wmc |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Ecolab Inc. and Nalco Company LLC, together with Defendant Jessica Grailer (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate to DISMISSAL WITH PREJUDICE of the above captioned action. The Parties shall each bear their own costs and attorneys' fees.

Dated: April 10, 2024

STAFFORD ROSENBAUM LLP

/s/ Jessica C. Mederson
Jessica C. Mederson (SBN 1087910)
222 W. Washington Ave., Suite 900
Madison, WI 53701-1784
Telephone: (608) 256-0226
jmederson@staffordlaw.com

FAEGRE DRINKER BIDDLE & REATH LLP
Martin S. Chester
90 South 7th Street
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
martin.chester@faegredrinker.com

QUARLES & BRADY LLP

/s/ Matthew Splitek
Matthew Splitek (SBN 1045592)
33 E. Main Street, Suite 900
Madison, WI 53703
Telephone: (608) 251-5000
matthew.splitek@quarles.com

Johanna M. Wilbert (SBN 1060853)
Shauna D. Manion (SBN 1091704)
411 E. Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 277-5000
johanna.wilbert@quarles.com
shauna.manion@quarles.com

David Yoshimura
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Telephone: (515) 447-4738
david.yoshimura@faegredrinker.com

Alyssa S. Wolf
Four Embarcadero Center, 27th Floor
San Francisco, California 94111
Telephone: (415) 591-7500
alyssa.wolf@faegredrinker.com

*Attorneys for Plaintiffs*

Lauren C. Bolcar
2020 K Street NW, Suite 400
Washington, D.C. 20006
Telephone: (202) 372-9600
lauren.bolcar@quarles.com

*Attorneys for Defendant Jessica Grailer*